# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

FERDELLA L. COOPER,

    Plaintiff,

v.                                     CASE NO. 4:12cv245-RH/CAS

CURASCRIPT PHARMACY
et al.,

    Defendants.

_____/

## ORDER FOR TRANSFER

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4. The recommendation is for transfer of the case to the Middle District of Florida. Venue in the Northern District may or may not be improper, but in any event the case should be transferred to the Middle District for "the convenience of parties and witnesses, in the interest of justice." 28 U.S.C. § 1404(a). The report and recommendation gave the plaintiff notice of the proposed transfer, and the plaintiff did not object. Accordingly,

    IT IS ORDERED:

The report and recommendation is ACCEPTED. This case is transferred to the United States District Court for the Middle District of Florida, Orlando Division. The clerk must take all steps necessary to effect the transfer.

SO ORDERED on June 29, 2012.

s/Robert L. Hinkle  
United States District Judge